UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
600 GRANDBY STREET
NORFOLK, VA 23510

RE: ABDICASIIS CABAASE, CASE NO. 2:10-CR-57 AND HIS PRO-SE MOTION FOR A REDUCTION OF SENTENCE UNDER § 3582(c)(1)(A).

HONORABLE COURT,

Comes NOW ABDICASIIS CABAASE VIA THE ASSISTANCE OF A FELLOW PRISONER WHO IS SOMEWHAT LEARNED IN THE LAW. HE DOES THANK THIS COURT FOR ALLOWING HIM THIS OPPORTUNITY TO BRING FORTH THIS LETTER AND ACCOMPANYING MOTION SEEKING A REDUCTION OF SENTENCE. CABAASE DOES LIKE TO STATE THAT THIS COURT CURRENTLY INTENDED TO IMPOSE A SENTENCE THAT WAS CLOSE TO THE GLOBAL AVERAGE OF A LITTLE OVER 14 YEARS AND ESPECIALLY WHEN THERE WAS NO LOSS OF LIFE, NO SE-RIOUS INJURY OR LOSS OF PROPERTY. BUT THE GOVT. WAS NOT WILLING TO ACCEPT THE JUST PUNISHMENT FROM THIS COURT AND AFTER A SUCCESSFUL APPEAL. DID THEN FORCED THIS COURT TO IMPOSE AN UNJUST, UNFAIR AND DRACONIAN SENTENCE OF LIFE.

KNOWING THAT THIS COURT AT THE TIME OF THIS SECOND SENTENCING, COULD NOT FORESEE THE MANY "EXTRAORDINARY

①

AND COMPELLING REASONS" THAT WOULD COME INTO EXISTENCE (i.e. Alleyne, Davis, Johnson, Amendment 814/821, Solomon AND ETC), AFTER THE PASSING OF THE FIRST STEP ACT OF 2018 (specifically § 403 AND ETC). WITH THE PASSING OF THESE LAWS, IT IS CABAASE'S HOPE THAT THIS COURT WILL EXERCISE ITS NEWLY DELEGATED DISCRETION AS STATED IN HIS §3582(c)(1)(A) MOTION AND RE-IMPOSES THE 150 MONTH SENTENCE ON COUNT 5 AND THEN MOVES TO VACATE COUNT 9. AS WELL, MR. CABAASE ALSO ASKS THIS COURT TO IMPOSE ANY OTHER RELIEF/REDUCTION OF SENTENCE THIS COURT DEEMS NECESSARY AND JUST.

SINCERELY

Cabaase

DATED: 7/30/24